IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-02028-RPM

TRAVELERS HOME AND MARINE INSURANCE COMPANY,

    Plaintiff,

v.

CENTRAL MUTUAL INSURANCE COMPANY,

    Defendant.

---

## JUDGMENT

---

Pursuant to the Order granting summary judgment in favor of Plaintiff Travelers Home and Marine Insurance Company, entered by Judge Richard P. Matsch on October 2, 2014, it is

ORDERED AND ADJUDGED that with respect to duties of Plaintiff Travelers Home and Marine Insurance Company and Defendant Central Mutual Insurance Company to defend and indemnify Winston Howe ("Howe") in the action captioned *Gary W. Timm vs. Winston A. Howe*, in the Superior Court for the State of Alaska, Third Judicial District at Kenai, Case Number: 3KN-13-462 Civil ("the Timm Action"), the coverage provided by the automobile insurance policy issued by Plaintiff Travelers Home and Marine Insurance Company to Howe is excess to the coverage provided by the automobile insurance policy issued by Defendant Central Mutual Insurance Company to Walter Pawlowski; and it is

ORDERED that the Defendant shall reimburse the Plaintiff the amount of $158,333.00, for the difference between the amount the Plaintiff actually contributed to settlement of the

Timm Action and the amount that the Plaintiff properly should have contributed to the settlement, and it is

FURTHER ORDERED that the Plaintiff is awarded its costs to be taxed upon the filing of a Bill of Costs pursuant to D.C.COLO.LCivR 54.1.

Dated:  October 2, 2014

FOR THE COURT:

JEFFREY P. COLWELL, CLERK OF THE COURT

s/M. V. Wentz
By:_____
Deputy Clerk

APPROVED:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge